# EXHIBIT A

# (Proposed Order)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
                                                      :
In re                                                 :  Chapter 11
                                                      :
PJ Finance Company, LLC,                              :  Case No. _____ (____)
a Delaware limited liability company,                 :
                                                      :
         Debtor.                                      :
                                                      :
Employer's Tax Identification No.:                    :
26-2238895                                            :
------------------------------------------------------x
                                                      :
In re                                                 :  Chapter 11
                                                      :
PJ Holding Company Manager, LLC,                      :  Case No. _____ (____)
a Delaware limited liability company,                 :
                                                      :
         Debtor.                                      :
                                                      :
Employer's Tax Identification No.:                    :
26-2238895                                            :
------------------------------------------------------x
                                                      :
In re                                                 :  Chapter 11
                                                      :
PJ Holding Company, LLC,                              :  Case No. _____ (____)
a Delaware limited liability company,                 :
                                                      :
         Debtor.                                      :
                                                      :
Employer's Tax Identification No.:                    :
26-2238895                                            :
------------------------------------------------------x
```

| | |
|---|---|
| In re | : Chapter 11 |
| Alliance PJRT GP, Inc., <br> a Delaware corporation, | : Case No. _____ (\_\_\_\_) |
| Debtor. | |
| Employer's Tax Identification No.: <br> 35-2211787 | |
|--------------------------------------------------x | |
| In re | : Chapter 11 |
| Alliance PJWE GP, L.L.C., <br> a Delaware limited liability company, | : Case No. _____ (\_\_\_\_) |
| Debtor. | |
| Employer's Tax Identification No.: <br> 20-5808133 | |
|--------------------------------------------------x | |
| In re | : Chapter 11 |
| Alliance PJRT Limited Partnership, <br> a Delaware limited partnership, | : Case No. _____ (\_\_\_\_) |
| Debtor. | |
| Employer's Tax Identification No.: <br> 35-2211789 | |
|--------------------------------------------------x | |
| In re | : Chapter 11 |
| Alliance PJWE Limited Partnership, <br> a Delaware limited partnership, | : Case No. _____ (\_\_\_\_) |
| Debtor. | |
| Employer's Tax Identification No.: <br> 20-5808198 | |
|--------------------------------------------------x | |

# ORDER GRANTING EX PARTE MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION FOR AN ORDER DIRECTING THE JOINT ADMINISTRATION OF THEIR CHAPTER 11 CASES

This matter coming before the Court on the Motion of the Debtors and Debtors in Possession for an Order Directing the Joint Administration of Their Chapter 11 Cases (the "Motion"),[1] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court having reviewed the Motion and the First Day Declaration; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) notice of the Motion was sufficient under the circumstances; and the Court having determined that good and sufficient cause having been shown;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The above-captioned chapter 11 cases shall be consolidated for procedural purposes only and shall be administered jointly. The Clerk of the Court shall maintain one file and one docket for all of these jointly administered cases, which file and docket for each respective chapter 11 case shall be the file and docket for In re PJ Finance Company, LLC (the "Parent Case"), Case No. 11-_____ (____).

3. Parties in interest are directed to use the Proposed Caption annexed hereto as Exhibit 1 when filing pleadings with the Court in the chapter 11 cases of the Debtors indicating that the pleading relates to the jointly administered chapter 11 cases of "In re PJ Finance

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

Company, LLC, *et al.*" The consolidated caption set forth in <u>Exhibit 1</u> satisfies the requirements of section 342(c) of the Bankruptcy Code in all respects.

4. A docket entry shall be made on the docket in each of the above-captioned cases (other than the Parent Case) substantially stating as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases: PJ Finance Company, LLC, PJ Holding Company Manager, LLC, PJ Holding Company, LLC, Alliance PJRT GP, Inc., Alliance PJWE GP, L.L.C., Alliance PJRT Limited Partnership and Alliance PJWE Limited Partnership. The docket of PJ Finance Company, LLC in Case No. 11-_____ (\_\_\_\_) should be consulted for all matters affecting this case.

5. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effectuating a substantive consolidation of the above captioned chapter 11 cases.

6. This Court shall retain jurisdiction over any and all matters arising from the interpretations or implementation of this Order.

Dated: _____, 2011
Wilmington, Delaware

_____
United States Bankruptcy Judge

# **EXHIBIT 1**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x
: 
In re : Chapter 11
: 
PJ Finance Company, LLC, *et al.*,[1] : Case No. 11-_____ (_____)
: 
        Debtors. : (Joint Administration Requested)
: 
-------------------------------------------------------------x

---

[1]     The Debtors are the following seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): PJ Finance Company, LLC (8895), PJ Holding Company Manager, LLC (8895), PJ Holding Company, LLC (8895), Alliance PJRT GP, Inc. (1787), Alliance PJWE GP, L.L.C. (8133), Alliance PJRT Limited Partnership (1789) and Alliance PJWE Limited Partnership (8198). The mailing address of each of the Debtors solely for purposes of notices and communications is 1200 North Ashland Avenue, Suite 600, Chicago, Illinois 60622.